UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-07421 |
| | ) | |
| BRIAN AND SONJA MCCARTHY | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO INCUR DEBT and SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtors' request to shorten the notice requirement is granted.

2) The Debtors are granted leave to obtain financing for a mortgage in the amount of up to $268,500.00, with financing of an annual fixed percentage rate of up to 3.875%, with monthly payments of up to $2,089.00 per month.

3) The Debtors shall send the Trustee a copy of the settlement statement and $19,849.03 in certified funds to Trustee Glenn Stearns within 14 days of refinancing their mortgage.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: November 12, 2021

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com